UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN CONROY,

        Plaintiff,

-vs-                                Case No.: 12-12944
                                      Hon. Hon. Stephen J. Murphy, III
                                      Magistrate Judge R. Steven Whalen

TARGET CORPORATION,

        Defendant.

---

### ORDER DISPOSING OF PLAINTIFFS MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM DEFENDANT, TARGET CORPORATION, DATED AUGUST 10, 2012

The Court being fully advised in the premises with the knowledge that the attorneys for the respective parties have stipulated and agreed to dismiss Plaintiff's Motion to Compel Answers to Interrogatories from Defendant, Target Corporation, Dated August 10, 2012;

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Answers to Interrogatories from Defendant, Target Corporation, Dated August 10, 2012, is dismissed;

IT IS SO ORDERED.

                                                              s/ R. Steven Whalen
                                                              R. STEVEN WHALEN
                                                              UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN CONROY,

        Plaintiff,

-vs-                                Case No.: 12-12944
                                      Hon.  Hon. Stephen J. Murphy, III
                                      Magistrate Judge R. Steven Whalen

TARGET CORPORATION,

        Defendant.

---

### STIPULATION DISPOSING OF PLAINTIFFS MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM DEFENDANT, TARGET CORPORATION, DATED AUGUST 10, 2012

NOW COME the attorneys for the respective parties who hereby stipulate and agree to dismiss Plaintiff's Motion to Compel Answers to Interrogatories from Defendant, Target Corporation, Dated August 10, 2012, that is currently set for hearing on 3/5/13, with Magistrate Judge R. Steven Whalen.

IT IS SO STIPULATED.

/S/Michael A. Weisserm                /S/ Mark D. Willmarth

MICHAEL A. WEISSERMAN        MARK D. WILMARTH P27967
Attorney for Plaintiff                      Attorney for Defendant

Dated:  February 25, 2013