UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN CONROY,

          Plaintiff,

-vs-

TARGET CORPORATION,

   Defendant.

_____/
_____

Case No: 12-12944
Hon. Stephen J. Murphy, III
Magistrate Judge R. Steven Whalen

**STIPULATION AND ORDER FOR DISMISSAL OF CAUSE**

      NOW COME THE PARTIES, by and through their respective counsel, and hereby stipulate and agree that Plaintiff's Complaint shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party.

| The Sam Bernstein Law Firm, PLLC | Law Office of Mark D. Willmarth |
|---|---|
| /s/ Michael A. Weisserman | /s/ Mark D. Willmarth |
| By:_____ | By:_____ |
| MICHAEL A WEISSERMAN (P36202) | MARK D. WILLMARTH (P27967) |
| SAM BERNSTEIN (P10745) | Attorneys for Defendant Target |
| Attorneys for Plaintiff | 24053 Jefferson Avenue |
| 31731 Northwestern Hwy., Ste. 333 | St. Clair Shores, MI 48080 |
| Farmington Hills, MI 48334 | (586) 777-0400/fax: 0430 |
| 248-865-0863/fax: 737-4392 | mwillmarthlaw@yahoo.com |

**ORDER FOR DISMISSAL OF CAUSE**

1

The Court, upon the reading and filing of the foregoing stipulation of the parties and being otherwise fully advised in the premises;

 SO ORDERED.

                              S/Stephen J. Murphy, III
                              Stephen J. Murphy, III
                              United States District Judge

Dated:  June 14, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2013, by electronic and/or ordinary mail.

                              S/Carol Cohron
                              Case Manager